EXHIBIT

1



# Human Rights Defense Center

### DEDICATED TO PROTECTING HUMAN RIGHTS

### CONFIDENTIAL AND PRIVILEGED LEGAL MAIL

February 25, 2022

Jacob Allen #E47496
Lake Corr Inst
19225 US Hwy 27
Clermont, FL 34715

Re: Human Rights Defense Center v. Mark S. Inch et al.

Greetings,

I represent the Human Rights Defense Center (HRDC), the publisher of *Prison Legal News* and *Criminal Legal News*. HRDC has again filed suit against the Florida Department of Corrections (FDOC) due to its prisoner mail policies. I have enclosed a copy of the Complaint, which was filed on August 10, 2021, for your file. While we did not file this lawsuit as a class action, we will attempt to ensure that all types of mail to and from prisoners are protected by the First and Fourteenth Amendment when the case is resolved. We are seeking injunctive relief that should benefit you and all those that send you mail.

While the case is ongoing, I would appreciate it if you could keep us informed about any rejections of HRDC's books or magazines, and any changes to FDOC's mail policies.

Thank you for your continued support of HRDC.

Very Truly Yours,

Daniel Marshall
General Counsel
HUMAN RIGHTS DEFENSE CENTER

DM/km

Encl.

P.O. Box 1151, Lake Worth Beach, FL 33460
Phone: 561-360-2523 Fax: 561-828-8166
Email: dmarshall@humanrightsdefensecenter.org