UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-81391

HUMAN RIGHTS DEFENSE CENTER,

           Plaintiff,

v.

RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; MARK S. INCH, in his individual capacity; JOSE COLON, in his individual capacity and in his official capacity as Warden of Everglades Correctional Institution; MICHA NEAL, in her individual capacity; and DOES 1-7 in their individual capacities.

           Defendants.

## PLAINTIFF HUMAN RIGHTS DEFENSE CENTER'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Human Rights Defense Center ("HRDC"), through its counsel, moves for summary judgment of its claims against Defendants in their official capacities pursuant to Fed. R. Civ. P. 56. In support of its motion, HRDC relies on the authorities and arguments set forth in the incorporated Memorandum of Law, Statement of Material Facts, and attached exhibits.

Respectfully submitted,

*/s/ Daniel Marshall*
Daniel Marshall, Fla. Bar No. 617210
Jesse Isom, Fla. Bar No. 98588
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Tel.: (561) 360-2523
Fax: (561) 828-8166
dmarshall@hrdc-law.org
jwisom@humanrightsdefensecenter.org

Michael H. McGinley*
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2000
Fax: (215) (994-2222
Michael.McGinley@dechert.com

Shriram Harid*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

(*admitted pro hac vice)

*Attorneys for HRDC*

Dated: June 23, 2022