UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-81391-CV-MIDDLEBROOKS/Matthewman

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

RICKY DIXON, et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS

THIS CAUSE comes before the Court upon Plaintiff's Status Report (DE 141), filed on August 22, 2022 in response to the Order Regarding Micha Neal and Fictitious Defendants (DE 138). Plaintiff represents that it is not pursuing claims against Neal and the fictitious defendants and agrees to dismissal of these claims. (DE 141).

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Defendant Micha Neal and Does 1–7 are **DISMISSED**.

(2) The Clerk shall **TERMINATE** Defendant Micha Neal and Does 1–7 as Defendants in this matter.

(3) Plaintiff's claims against the other Defendants remain pending.

**SIGNED** in Chambers at West Palm Beach, Florida, this 23rd day of August, 2022.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record