IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>RICKY D. DIXON, et al.,<br><br>Defendants. | Case No.: 9:21-cv-81391-DMM |

### JESSE W. ISOM'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Plaintiff, Human Rights Defense Center ("HRDC"), and Defendant, Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections ("FDOC

Attorney Jesse W. Isom, under Local Rule 11.1(d)(3)(A), files this motion to withdraw as counsel for Plaintiff, Human Rights Defense Center ("HRDC"). In support, Counsel states as follows:

1. Mr. Isom's employment with HRDC will terminate as of September 23, 2022.
2. HRDC will continue to be represented in this matter by other counsel.
3. The client consents to this substitution and will not be prejudiced by it.
4. A proposed order is being submitted contemporaneously with this motion and served via email to the Court's chambers, in compliance with Local Rule 7.1(a)(2).

Wherefore, undersigned counsel requests that this Court permit him to withdraw as counsel for Plaintiff in this matter.

Dated: September 20, 2022

Respectfully submitted,

*/s/ Jesse W. Isom*
Jesse Isom, Fla. Bar No. 98588
Daniel Marshall, Fla. Bar No. 617210
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL  33460
Tel.: (561) 360-2523
Fax: (561) 828-8166
jwisom@humanrightsdefensecenter.org
dmarshall@hrdc-law.org

Michael H. McGinley*
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2000
Fax: (215) 994-2222
Michael.McGinley@dechert.com

Shriram Harid*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

(*admitted *pro hac vice*)

*Attorneys for HRDC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing Motion to Withdraw was e-filed electronically through CM/ECF, which will serve all counsel of record, on September 20, 2022.

/s/ *Jesse W. Isom*